

ELECTRONICALLY FILED
9/27/2019 4:18 PM
02-CV-2019-902676.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
CIVIL DIVISION

| | |
|---|---|
| NANNIE JOY ROLISON; § § Plaintiff, § § v. § § CIVIL ACTION NO.: § ADVANCE STORES COMPANY, INC. D/B/A § CV-2019-_____ ADVANCE AUTO PARTS, A, B, and/or C are those § persons, firms, or corporations that owned, operated, § managed and/or controlled the premises located at § 181 Saraland Boulevard, South, in Saraland (Mobile § County), Alabama at the time of the incident made the § basis of this lawsuit; D, E, and/or F are those persons, § firms, or corporations who were responsible for § maintenance and inspection of the premises located at § 181 Saraland Boulevard, South, in Saraland, Alabama § in a safe condition at the time of the incident made the § basis of this lawsuit, all of whose true names and § identities are unknown to the Plaintiff at this time, but § who will be added by amendment when ascertained § et al., § § Defendants. § | |

## COMPLAINT

Plaintiff, Nannie Joy Rolison, by and through the undersigned counsel, files the following Complaint against the Defendants, Advance Stores Company, Inc. d/b/a Advance Auto Parts, and fictitious parties A, B, C, D, E, and/or F, and alleges as follows:

1. Plaintiff, Nannie Joy Rolison, is an adult resident citizen of Eight Mile (Mobile County), Alabama.

2. Upon information and belief, Defendant, Advance Stores Company, Inc., is a

**EXHIBIT "A"**

foreign corporation which at all times material hereto was doing business as Advance Auto Parts located at 181 Saraland Boulevard, South, Saraland (Mobile County), Alabama.

3. Fictitious Defendants, A, B, C, D, E and/or F are those persons, firms, corporations, or other entities, or employees of those persons, firms, corporations, or other entities, whose negligent, tortuous and/or wanton conduct proximately caused damage to the Plaintiff arising out of the allegations made herein, whose true and correct legal identities are unknown to the Plaintiff at this time, but will be added by amendment when ascertained.

4. This is an action for damages in excess of the jurisdictional limits of this Court.

## COUNT ONE
## NEGLIGENCE

5. On or about December 28, 2018, Plaintiff, Nannie Joy Rolison, while a business invitee on the property of the Defendant, Advance Stores Company, Inc. d/b/a Advance Auto Parts, A, B, and/or C, located at 181 Saraland Boulevard, South, in Saraland, Alabama, was caused to trip and fall on a hidden and/or latent defect and/or obstruction, to wit: a defective handicap ramp with latent unlevel areas and concealed holes which, caused Plaintiff's cane to snag, and further caused her to fall, in an area where patrons traverse.

6. All of the Plaintiff's injuries and damages as set forth herein were proximately caused by the negligence of the Defendants in one or more of the following respects:

   (a) Negligently failing to maintain the areas on the exterior of

2

      the building situated on the subject premises in a reasonably safe condition for the Plaintiff and others;

(b)  Negligently failing to warn the Plaintiff and others of the unreasonably dangerous condition of the areas on the exterior of the building situated on the subject premises;

(c)  Negligently causing or allowing the hidden and/or latent defect and/or obstruction, to wit: a defective handicap ramp with latent unlevel areas and concealed holes in an area where the Plaintiff and others might reasonably be expected to traverse;

(d)  Negligently failing to establish safe work practices and procedures for proper repair and/or inspection of the areas on the exterior of the building situated on the subject premises.

7.  As a proximate consequence of the above describe negligence of the Defendants, separately and severally, the Plaintiff, Nannie Joy Rolison, has been caused to suffer injuries and damages including, but not limited to, the following: she sustained injuries to her head and face, a closed head injury, she has permanently blurred vision in the right eye and permanent disfigurement, she was bruised, battered, and made lame, she incurred medical expenses for the treatment of her injuries and will be caused to incur additional such expenses in the future, she has been permanently disfigured, and she has been caused to suffer both physically and emotionally, and still so suffers and will so suffer in the future.

WHEREFORE, the Plaintiff, Nannie Joy Rolison, demands judgment against the Defendants, Advance Stores Company, Inc. d/b/a Advance Auto Parts, A, B, C, D, E, and/or F, for compensatory damages in excess of the jurisdictional limits of this Court, together with interest and costs.

## COUNT TWO
## WANTONNESS

8. The Plaintiff, Nannie Joy Rolison, adopts and realleges paragraphs numbered one (1) through seven (7) of this Complaint as if fully set forth herein.

9. On or about December 28, 2018, Plaintiff, Nannie Joy Rolison, while a business invitee on the property of Advance Stores Company, Inc. d/b/a Advance Auto Parts, A, B, and/or C, located at 181 Saraland Boulevard, South, in Saraland, Alabama, was caused to trip and fall on a hidden and/or latent defect and/or obstruction, to wit: a defective handicap ramp with latent unlevel areas and concealed holes, which caused Plaintiff's cane to snag, and further caused her to fall, in an area where patrons traverse.

10. All of the Plaintiff's injuries and damages as set forth herein were proximately caused by the wantonness of the Defendants in one or more of the following respects:

   (a) Wantonly failing to maintain the areas on the exterior of the building situated on the subject premises in a reasonably safe condition for the Plaintiff and others;

   (b) Wantonly failing to warn the Plaintiff and others of the unreasonably dangerous condition of the areas on the exterior of the building situated on the subject premises;

   (c) Wantonly causing or allowing the hidden and/or latent defect and/or obstruction, to wit: a defective handicap ramp with latent unlevel areas and concealed holes in an area where the Plaintiff and others might reasonably be expected to traverse;

   (d) Wantonly failing to establish safe work practices and procedures for proper repair and/or inspection of the areas on the exterior of the building situated on the subject

premises.

11. As a proximate consequence of the above describe wantonness of the Defendants, separately and severally, Plaintiff, Nannie Joy Rolison, has been caused to suffer injuries and damages including, but not limited to, the following: she sustained injuries to her head and face, a closed head injury, she has permanently blurred vision in the right eye and permanent disfigurement, she was bruised, battered, and made lame, she incurred medical expenses for the treatment of her injuries and will be caused to incur additional such expenses in the future, she has been permanently disfigured, and she has been caused to suffer both physically and emotionally, and still so suffers and will so suffer in the future.

WHEREFORE, the Plaintiff, Nannie Joy Rolison, demands judgment against the Defendants, Advance Stores Company, Inc. d/b/a Advance Auto Parts, A, B, C, D, E, and/or F, for compensatory and punitive damages in excess of the jurisdictional limits of this Court, together with interest and costs.

TOBIAS, MCCORMICK & COMER, LLC
Attorneys for Plaintiff

*s/Desmond V. Tobias*        TOB002
1203 Dauphin Street
Mobile, Alabama 36604
Telephone:    (251) 434-5700
Facsimile:    (251) 434-6400
desi@tmclawyers.com

**Plaintiff Demands A Trial By Jury.**

*s/Desmond V. Tobias*        TOB002

**PLEASE SERVE DEFENDANT AS FOLLOWS:**

Advance Stores Company, Inc. d/b/a Advance Auto Parts        *VIA CERTIFIED MAIL*
National Registered Agents, Inc.
2 North Jackson St. Suite 605
Montgomery, AL 36104